UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL T. CAPALAC,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>JAMES DZURENDA, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-00563-RFB-GWF<br><br>**ORDER** |

At the Inmate Early Mediation Conference on May 3, 2019, the parties reached a settlement. (ECF No. 9). Defendants have filed a motion to extend the time to submit a proposed stipulation to dismiss through August 2, 2019 to finalize settlement documents. (ECF No. 11 at 2). The Court grants the motion for extension of time through August 2, 2019. The parties shall file a stipulation to dismiss on or before August 2, 2019.

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 11) is **granted**. The parties shall file a stipulation to dismiss on or before August 2, 2019.

Dated this 4th day of June, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1